# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**CASE NO. 06-cr-00439-EWN-1**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**1.    JAVIER RUIZ-CARRANZA,**

    **Defendant.**

## ORDER

Upon the motion of the United States of America, and for good cause shown, it is

ORDERED that Count Two of the Indictment in the above-captioned case is dismissed.

Dated this 6th day of April, 2007.

                BY THE COURT:

                s/ Edward W. Nottingham
                Edward Nottingham
                District Court Judge